**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01345-CR

**TIMOTHY ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34377-N**

## ORDER

The Court **VACATES** the June 19, 2013 order granting appellant's pro se motion to extend time to file his brief. We **STRIKE** the pro se brief filed on June 19, 2013. Appellant is represented by counsel and is not entitled to hybrid representation.

We **ORDER** appellant's attorney to file appellant's brief within **FIFTEEN DAYS** of the date of this order. No further extensions will be granted.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE